# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

JACOB ELLIS,

Appellant,

v.

CARRINGTON MORTGAGE SERVICES LLC.,

Appellee.

No. 2D2024-2308

—————————————————

February 6, 2026

Appeal from the Circuit Court for Pinellas County; Amy M. Williams, Judge.

Jacob Ellis, pro se.

Christian J. Gendreau of Storey Law Group, P.A., Orlando, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.